# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1063
_____

Stephen Bloomer; Karla Harksen

*Plaintiffs - Appellants*

v.

Joe Caffrey, Scott County Deputy Sheriff; Scott County Iowa; Unknown
Defendants

*Defendants - Appellees*

Henry W. Latham, II

*Defendant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: August 17, 2016
Filed: August 22, 2016
[Unpublished]

_____

Before LOKEN, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Stephen Bloomer and his mother, Karla Harksen, appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court reviewed the record de novo and carefully considered the arguments for reversal. Summary judgment was proper. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (de novo standard of review; summary judgment is appropriate if record, viewing facts and inferences in light most favorable to nonmoving party, shows there is no genuine issue as to any material fact and moving party is entitled to judgment as matter of law).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.